UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

RAFFAELE GRECO,

           Defendant.

- - - - - - - - - - - - - - - - - - - x

**08 CRIM. 0184**

INFORMATION

08 Cr.

ORIGINAL

MAR - 5 2008

    The United States Attorney charges:

    From on or about January 1, 2007 through on or about October 29, 2007, in the Southern District of New York, RAFFAELE GRECO, the defendant, while an employee of the United States Postal Service, did embezzle, any letter, postal card, package, bag, and mail, and did abstract and remove from any letter, package, bag, and mail, and any article and thing contained therein entrusted to him and which came into his possession intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the United States Postal Service, and forwarded through and delivered from any post office and station thereof; and did steal, abstract and remove from any such letter, package, bag, and mail, any article and thing contained therein, GRECO stole DVDs from the mail while delivering mail for the Middletown, New York Post Office.

    (Title 18, United States Code, Section 1709.)

                                              */s/ Michael J. Garcia*
                                              MICHAEL J. GARCIA
                                              United States Attorney